TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00659-CV

Antonio Solis, Appellant

v.

Ada M. Escobar, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY,

NO. 5919, HONORABLE HOWARD S. WARNER II, JUDGE PRESIDING

 Appellant, Antonio Solis, and appellee, Ada M. Escobar, have filed a Joint Motion
to Vacate Judgment and for Dismissal of Appeal in this appeal. We grant the motion. 
Accordingly, we vacate the trial court judgment and dismiss the appeal. All costs will be taxed
against the party who incurred them.

 

 Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Kidd and Patterson

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: April 22, 1999

Do Not Publish